On petition for reconsideration filed December 10, 1992,* petition for
reconsideration denied January 28, 1993

Paul H. STRINGER
and Timothy D. Schubert,
*Petitioners on Review/
Petitioners on Reconsideration,*

*v.*

CAR DATA SYSTEMS, INC.,
an Oregon corporation; Consumer Data Systems, Inc.,
an Oregon corporation; James L. Adkisson;
David W. Agnor; Sharon Agnor; James L. Agnor;
Arlene L. Belanger; Peter G. Bock; Susan D. Ebner;
Mark S. Boyd; Jeffrey Scott Carlson;
Lawrence R. Custer; Stephen J. Ebner;
William A. Henry; John H. Hodges, Sr.;
Bernal Hug, Jr.; Virginia Hug; Celas A. Hug;
Kent Hug; Cheryl Hug; Paul E. Johnson;
Corleen Johnson; Mark Anthony Royal Kallenberger;
David E. Lamb; Jacqueline C. Lamb; Steven D. Lee;
Claudia J. Lee; Leslie R. Lock; Terry R. Lock;
Steve P. Nagel; Henry B. Shafer; Bob Sievers, Jr.;
Judy A. Sievers; Donald Smith; Richard M. Botteri
and Weiss, Descamp & Botteri,
a professional corporation,
an Oregon professional corporation,
*Respondents on Review/
Respondents on Reconsideration,*

*and*

Elizabeth A. PERRY
and James B. Kargman,
*Nominal Defendants.*

(CC A8907-04022; CA A65113; SC S38792)

844 P2d 905

---

* Appeal from Multnomah County Circuit Court, Lee Johnson, Judge. 108 Or
App 523, 816 P2d 677 (1992), *modified on reconsideration*, 110 Or App 14, 821 P2d
418 (1991); *aff'd*, 314 Or 576, 841 P2d 1183 (1992).

Robert J. McGaughey, of McGaughey & Georgeoff, Portland, filed the petition for petitioners on reconsideration.

No appearance *contra*.

UNIS, J., dissented and filed an opinion in which Fadeley, J., joined.

**UNIS, J.,** dissenting.

I would allow the petition for reconsideration. I wish to call attention to Note, *Exclusivity of Appraisal — The Possibility of Extinguishing Shareholder Claims*, 42 Case W Res L Rev 955 (1992), which was not published when my separate opinion in *Stringer v. Car Data Systems, Inc.*, 314 Or 576, 591, 841 P2d 1183 (1992) (Unis, J., concurring in part, dissenting in part, with Fadeley, J., joining), was issued.

Fadeley, J., joins in this dissent.